IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDDIE GIEBEL,

    Plaintiff,

v.

SARA KROPP, SANDY HABECK, TIMOTHY LUNDQUIST, TOM GOZINSKE, MORGAN BAILEY, GEORGE SALDARIS, THERESA MURPHY, DR. MARY SAUVEY and DR. PATRICK MURPHY,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-645-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing Dr. Patrick Murphy from this case, granting summary judgment in favor of Sara Kropp, Sandy Habeck, Timothy Lundquist, Tom Gozinske, Morgan Bailey, George Saldaris, Theresa Murphy and Dr. Mary Sauvey and dismissing this case.

_Peter Oppeneer_        11/8/12
Peter Oppeneer, Clerk of Court      Date